UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In Re:**
**BERNARDO DAVILA, JR.**                                  Case No: 15-11127-AJC
**SSN:  XXX-XX-6356**                                     Chapter 13

              **Debtor**          /


## MOTION TO DEEM MORTGAGE CURRENT WITH FCB REO ASSETS, LLC

**COMES NOW**, Debtor, BERNARDO DAVILA, JR., by and through undersigned counsel and files this Motion to Deem Mortgage Current with U.S. Bank Trust National Association, c/o BSI Financial Services ("Lender") and as grounds states as follows:

1. Debtor filed this Chapter 13 case on January 21, 2015 and made arrearage and ongoing payments to U.S. Bank Trust National Association, c/o BSI Financial Services for the duration of the 60-month Chapter 13 Plan.

2. According to the Trustee's records, the Debtor has paid, and the Trustee has disbursed $81,951.33 in regular and ongoing payments and $30,314.15 in arrears payments to the Lender pursuant to the terms of the Eight Modified Chapter 13 Plan, see DE No. 167.

3. Accordingly, the Debtor seeks an Order that deems the mortgage held by U.S. Bank Trust National Association, c/o BSI Financial Services on real property located at 8980 S.W. 4th Lane, Miami, FL 33174 current.

**WHEREFORE**, the Debtor BERNARDO DAVILA, JR., respectfully moves this Court to enter an Order granting this Motion to Deem Mortgage Current with U.S. Bank Trust National Association, c/o BSI Financial Services and for any such further relief this Honorable Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished by CM/ECF to Nancy K. Neidich, Trustee, and to U.S. Bank Trust National Association, c/o BSI Financial Services, C/O Chase Berger, Esq., for Ghidotti Berger, LLP., 1031 North Miami Beach Blvd, North Miami Beach, FL 33162, via email to bknotifications@ghidottiberger.com and all creditors listed on the Creditor Matrix, this 14th day of September, 2020.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Respectfully submitted,**

**NAVARRO │ McKOWN**
66 West Flagler Street, 6th Floor
Miami, FL 33130
Telephone: 305-447-8707
Facsimile: 305-447-3787

By: /s/ Luis Navarro
Luis F. Navarro, Esq.
Florida Bar No.: 629359