

**ORDERED in the Southern District of Florida on February 22, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:
BERNARDO DAVILA, JR.                           Case No: 15-11127-AJC
SSN:  XXX-XX-6356                              Chapter 13

          Debtor          /

**AGREED ORDER GRANTING DEBTOR'S MOTION TO**
**DEEM MORTGAGE CURRENT WITH FCB REO ASSETS, LLC [D.E. 180]**

THIS CAUSE came before the Court for hearing on November 17, 2020 upon the Debtor's Motion to Deem Mortgage Current with FCB REO ASSETS, LLC [D.E. 180] (the "Motion"). For the reasons stated on the record, and by agreement of the parties, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. The subject mortgage with lender, U.S Bank Trust National Association, c/o BSI Financial Services, regarding the real property located at 8980 S.W. 4th Lane, Miami, Florida 33174 is deemed current as of February 1, 2021 and due for a partial February 1, 2021 contractual payment of $30.65 with $1,499.05 being held in suspense.

3. The currently monthly payment due, as of February 1, 2021, is $1,529.70.

4. Secured Creditor is awarded reasonable attorney's fees associated with responding to the Motion in the amount of $775.00.

**Submitted by:**
Luis Navarro, Esq.
*NAVARRO,                Attorneys at Law*
66 West Flagler Street, 6th Floor
Miami, Florida 33130
Telephone: (305) 447-8707 Facsimile: (305) 447-3787
Email lou@nmbesq.com

*Attorney, Luis Navarro, Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof and file a certificate of service.*